

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2022

No. 04-22-00313-CV

**IN THE INTEREST OF G.K.T.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00800
Honorable Kimberly Burley, Judge Presiding

# O R D E R

Angie Jimenez's Notification of Late Reporter's Record is hereby NOTED. The reporter's record is due on or before July 8, 2022.

It is so **ORDERED** on June 28, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT